| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy** <br> **Benjamin Heston** <br> **3090 Bristol Street #400** <br> **Costa Mesa, CA 92626** <br> **Phone: (949) 312-1377** <br> **Email: ben@nexusbk.com** <br> **Bar Number: 297798** <br> **Attorney for Debtor** <br><br> ☐ *Debtor(s) appearing without an attorney* <br> ☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

| In re: <br><br> **Scott M Beckley** <br> **Michelle K Beckley** <br><br><br><br><br><br><br> Debtor(s). | CASE NO.: <br> CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE** <br><br> [11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  __07/22/2025__   __Scott M Beckley__
                     Printed name of Debtor 1

_____
Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                     Page 1                     **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.   ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   **07/22/2025**     **Michelle K Beckley**
                                    Printed name of Debtor 2                                                              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ASCENSION LUTHERAN CHURCH & SCHOOL**
**ASCENSION LUTHERAN SCHOOL**
1600 E Hillcrest Drive
Thousand Oaks, CA 91362
8054950406
EIN: 95-2243400

| | | Date | Amount |
|---|---|---|---|
| | | 05/23/2025 | $455.47 |

**Pay**     Four Hundred Fifty-Five and 47/100 ************************************************ DOLLARS

**To The Order Of**     **MICHELLE BECKLEY**
**6756 PHEASANT LANE**
OAK PARK, CA 91377

**- THIS IS NOT A CHECK DO NOT CASH -**

---

**ASCENSION LUTHERAN CHURCH & SCHOOL**
**ASCENSION LUTHERAN SCHOOL**
1600 E Hillcrest Drive
Thousand Oaks, CA 91362
8054950406
EIN: 95-2243400

**MICHELLE BECKLEY 233632**

**Pay Period: 05/05/2025 - 05/18/2025**

| Earnings | Department | Hours | Units | Rate | Amount | YTD Hours | YTD Units | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 2200 - ALS Aide | 25.80 | | $19.00 | $490.20 | 388.14 | | $7,374.66 |
| Sick | 2200 - ALS Aide | 0.50 | | $19.00 | $9.50 | 11.50 | | $218.50 |
| | Total | 26.30 | 0.00 | | $499.70 | 399.64 | 0.00 | $7,593.16 |

| Taxes | | | | | | | |
|---|---|---|---|---|---|---|---|
| Federal | | | | | | $0.00 | $0.00 |
| CA State | | | | | | $0.00 | $43.69 |
| Social Security | 6.20% | | | | | $30.98 | $470.78 |
| Medicare | 1.45% | | | | | $7.25 | $110.11 |
| CA CA Disability | | | | | | $6.00 | $91.11 |
| | Total | | | | | $44.23 | $715.69 |
| | Net Pay | | | | | $455.47 | $6,877.47 |

| Accruals | | | Hours Used | Hours Accrued | Hours Used YTD | Hours Accrued YTD | Hours Available |
|---|---|---|---|---|---|---|---|
| Sick Minimum | | | 0.50 | 0.00 | 11.50 | 0.00 | 0.00 |

| Direct Deposit Info | Routing | Account | Amount |
|---|---|---|---|
| Checking | 322274158 | **********0807 | $455.47 |

**Total Net Pay:**     **$455.47**

**ASCENSION LUTHERAN CHURCH & SCHOOL**
**ASCENSION LUTHERAN SCHOOL**
1600 E Hillcrest Drive
Thousand Oaks, CA 91362
8054950406
EIN: 95-2243400

| | | | | **Date** | **Amount** |
|---|---|---|---|---|---|
| | | | | 06/20/2025 | $860.38 | 

| | | | **DirDep** |
|---|---|---|---|

**Pay**    Eight Hundred Sixty  and 38/100 ******************************************************* DOLLARS

**To The**   **MICHELLE BECKLEY**
**Order Of**   **6756 PHEASANT LANE**
OAK PARK, CA 91377

### - THIS IS NOT A CHECK DO NOT CASH -

---

**ASCENSION LUTHERAN CHURCH & SCHOOL**
**ASCENSION LUTHERAN SCHOOL**
1600 E Hillcrest Drive
Thousand Oaks, CA 91362
8054950406
EIN: 95-2243400

**MICHELLE BECKLEY 233632**

### Pay Period: 06/02/2025 - 06/15/2025

| | Department | Hours | Units | Rate | Amount | YTD Hours | YTD Units | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| **Earnings** | | | | | | | | |
| Regular | 2200 - ALS Aide | 50.15 | | $19.00 | $952.85 | 483.18 | | $9,180.42 |
| Sick | 2200 - ALS Aide | | | | | 11.50 | | $218.50 |
| | **Total** | **50.15** | **0.00** | | **$952.85** | **494.68** | **0.00** | **$9,398.92** |
| **Taxes** | | | | | | | | |
| Federal | | | | | | $0.00 | | $0.00 |
| CA State | | | | | | $8.14 | | $58.87 |
| Social Security | 6.20% | | | | | $59.08 | | $582.74 |
| Medicare | 1.45% | | | | | $13.82 | | $136.30 |
| CA CA Disability | | | | | | $11.43 | | $112.77 |
| | **Total** | | | | | **$92.47** | | **$890.68** |
| | **Net Pay** | | | | | **$860.38** | | **$8,508.24** |

| | | Hours Used | Hours Accrued | Hours Used YTD | Hours Accrued YTD | Hours Available |
|---|---|---|---|---|---|---|
| **Accruals** | | | | | | |
| Sick Minimum | | 0.00 | 0.00 | 11.50 | 0.00 | 0.00 |

| **Direct Deposit Info** | Routing | Account | Amount | |
|---|---|---|---|---|
| Checking | 322274158 | **********0807 | $860.38 | |

**Total Net Pay:**    **$860.38**