Jeremy W. Faith, Chapter 7 Trustee
16030 Ventura Blvd, Suite 470
Encino, CA 91436
Telephone: (818) 705-2777

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| **In re:**<br><br>SCOTT BECKLEY<br>MICHELLE BECKLEY<br>       Debtor(s). | Case No. 1:25-11311-MB<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND ATTORNEY BENJAMIN HESTON:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **September 24, 2025  at 01:30 PM** for the reason set forth below:

- You failed to appear at the 341(a) meeting previously scheduled in your case. You are further notified that in the event you do not appear at the continued 341(a), your case may be dismissed by the Court.
- **Appearance is required at** Zoom meeting- Faith: Meeting ID 973 812 7924, Passcode 874 619 4099

\*\*All requested documents to be uploaded to the Document Portal.

DATED: September 2, 2025           /s/ Jeremy W. Faith
                                   Jeremy W. Faith, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on September 2, 2025.

                                   /s/ Lee Dowding
                                   Lee Dowding (**7trusteefaith@gmail.com**)

7